# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00552-CV

**Texas Commission on Environmental Quality and
Las Brisas Energy Center, LLC, Appellants**

**v.**

**Environmental Defense Fund, Inc.; Texas Clean Air Cities Coalition;
Sierra Club; and Clean Economy Coalition, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-11-001364, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed individual motions to dismiss the appeal. We grant the motions and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellants' Motions

Filed:   August 21, 2013